UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-31560 |
|---|---|
|    LON R. SAYER | (Chapter 13) |
|    RONI M. SAYER | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050554**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 31 | ARROW FINANCIAL SERVICES LLC<br>JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 23051<br>COLUMBUS, GA  31902 | 59.05 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/15/2010

Certificate of Service                    08-31560

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| LON R. SAYER<br>RONI M. SAYER<br>12261 WINNONA AVENUE<br>MEDWAY, OH  45341 | KRISTIN RADWANICK<br>3131 S DIXIE DR<br>STE 400A<br>MORAINE, OH  45439 | (31.1)<br>ARROW FINANCIAL SERVICES LLC<br>JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 23051<br>COLUMBUS, GA  31902 |
| (1007.1n)<br>GREEN TREE SERVICING LLC<br>7360 S KYRENE RD<br>RECOVERY DEPT T-120<br>TEMPE, AZ  85283 | (31.3)<br>JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 7999<br>SAINT CLOUD, MN  56302 | (31.4)<br>JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 23051<br>COLUMBUS, GA  31902 |
| (32.1n)<br>JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 7999<br>SAINT CLOUD, MN  56302 | (30.1n)<br>JOHN A SCHUH<br>SCHUH & GOLDBERG LLP<br>2662 MADISON RD<br>CINCINNATI, OH  45208 | (35.1n)<br>JOHN D CLUNK CO LPA<br>SCOTT P CIUPAK<br>5601 HUDSON DRIVE<br>HUDSON, OH  44236 |
| (29.1n)<br>MOSS CODILIS LLP<br>HSBC MORTGAGE SERVICES<br>BOX 21188<br>EAGAN, MN  55121 | (1008.4n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 | (1008.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>BOX 41067<br>NORFOLK, VA  23541 |
| (1005.1n)<br>SCOTT P CIUPAK<br>4500 COURTHOUSE BLVD<br>SUITE 400<br>STOW, OH  44224 | | |

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner _____          sv

0831560_42_20101215_1604_278/T317_sv
###